No. A–384. MOREAU ET AL. *v.* TONRY ET AL. Second application to vacate stay orders of the United States Court of Appeals for the Fifth Circuit, entered on November 3 and 4, 1976, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–404. BOWLER ET UX. *v.* FEDERAL NATIONAL MORTGAGE ASSN. C. A. 6th Cir. Application for preliminary injunction, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–446. WHITE *v.* TEXAS. Application for stay of execution of sentence of death imposed by the District Court of Collin County, Tex., presented to MR. JUSTICE POWELL, and by him referred to the Court, granted pending timely filing of a petition for writ of certiorari. Should petition for writ of certiorari be timely filed, then this stay is to remain in effect pending disposition of case in this Court. MR. JUSTICE REHNQUIST would deny the stay.